UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KING WELLS and HELEN WELLS**                                    **CIVIL ACTION**

**VERSUS**                                                        **No. 07-8316**

**STATE FARM FIRE AND CASUALTY**                                  **SECTION I/2**
**COMPANY**

### ORDER AND REASONS

Before the Court is a motion for summary judgment as to dwelling claims,[1] filed on behalf of defendant, State Farm Fire and Casualty Company ("State Farm").  Plaintiffs, King Wells and Helen Wells (collectively, the "Wells"), have filed an opposition.[2]

In its memorandum, defendant properly states the Louisiana law against double recovery in insurance cases.  However, the Court concludes that a genuine issue of material fact exists with respect to what amounts of the alleged $167,000 payment to the Wells from their flood insurer were compensation for damage to the dwelling, damage to its contents, or damage to both.[3]  Until this fact is established, the Court cannot definitively rule, on summary judgment, that plaintiffs have already recovered up to the limit of their homeowner's policy for dwelling damage.

---

[1] R. Doc. No. 25.

[2] R. Doc. No. 33, mem. opp'n.

[3] See R. Doc. No. 25-5, pls.' answer to interrog. 12(g). State Farm concedes that the apportionment of the $167,000 payment for dwelling and/or contents damage is unknown. See R. Doc. No. 25-2, mem. supp. ("In their answers to interrogatories, Plaintiffs did not distinguish between amounts paid under their flood policy for dwelling damage and for contents."). Moreover, plaintiffs' response to interrogatory 12(g), which refers to interrogatory 12(e), appears to state that the full $167,000 payment was compensation for damage and destruction of the home's contents, rather than for damage to the dwelling itself. See Interrog. 12(e).

Accordingly, State Farm's motion for summary judgment is **DENIED**.

New Orleans, Louisiana, September 22, 2008.

                                                **LANCE M. AFRICK**
                                              **UNITED STATES DISTRICT JUDGE**